**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> James Ronald Murphy ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj518 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

**WILLIAM McCURINE, JR.**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria DeJesus Chavez-Duarte

DATED: 3/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
    Deputy Clerk