UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _08mj518_ |
| ) | |
| vs. ) | ORDER |
| _James Ronald Murphy_ ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **WILLIAM McCURINE, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

_Dalila Valencia-Villegas_

DATED: _3/4/08_

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. / Clerk

by _[signature]_
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082