UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> James Rinald Murphy ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR0634-W <br> 08MJ0518 <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

mat. wit Efrain Sierra-Lua

DATED: 03/06/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk